**Robert M. Tzall**
NV State Bar No. 13412
The Law Offices of Robert M. Tzall
7735 Commercial Way
Suite 100
Henderson, NV 89011
Tel: 702-666-0233
robert@tzalllegal.com

**J Christopher Jorgensen**
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
cjorgensen@lrrc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARYEH GOLDMAN, <br><br> MICHAL GOLDMAN, <br>    Plaintiff, <br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL <br><br> AMERICAN HONDA FINANCE CORPORATION <br>    Defendant. | Docket No. 2:18-cv-1969 <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL** |

IT IS HEREBY STIPULATED by and between Plaintiffs Aryeh Goldman and Michal Goldman ("Plaintiffs") and Defendant Americredit Financial Services, Inc. d/b/a GM Financial

("Defendant")[1], by and through their respective counsel of record, that the above-captioned action, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated: August 6, 2019

| | |
|---|---|
| /s/*Robert M. Tzall* | */s/ J Christopher Jorgensen* |
| Robert M. Tzall, Esq. | J Christopher Jorgensen, Esq. |
| **The Law Offices of Robert M. Tzall** | **Lewis Roca Rothgerber Christie LLP** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

Dated this  11  day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

---

[1] Plaintiffs named Americredit Financial Services, Inc. d/b/a GM Financial as the defendant in their Complaint. However, the proper defendant is ACAR Leasing Business Trust d/b/a GM Financial Leasing.

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th of August, 2019, I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert M. Tzall
robert@tzalllegal.com
Law Offices of Robert M. Tzall
7735 Commercial Way, Suite 100
Henderson, NV 89011
(702) 666-0233
(702) 727-8034 Fax
*Counsel for Plaintiffs*